BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL LEHMAN, individually; STEVE LEHMAN, individually, | Case No.: 2:15-cv-00098-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS THIRD PARTY COMPLAINT WITHOUT PREJUDICE** |
| WAL-MART STORES, INC., a Delaware corporation d/b/a WALMART; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| WAL-MART STORES, INC., | **ORDER** |
| Third Party Plaintiff, | |
| v. | |
| AN CONNECT, LLC dba ANDERSON MERCHANDISERS, LLC, | |
| Third Party Defendant. | |

COME NOW, Defendant/Third Party Plaintiff Wal-Mart Stores, Inc. ("Walmart"), by and through its counsel of record, the law firm of Phillips, Spallas & Angstadt LLC, and Third Party Defendant AN Connect LLC dba "Anderson Merchandisers" by and through its counsel of record, the law firm of Chiu & Ferris, hereby stipulate and agree to dismiss Walmart's Third Party Complaint in

//

1   this matter without prejudice.

2

3
    DATED this 28th day of October, 2015         DATED this 28th day of October, 2015.
4
    **THE702FIRM**                               **PHILLIPS, SPALLAS & ANGSTADT LLC**
5

6

7   */s/Lee J. Grant*_____            */s/ Brenda Entzminger*_____
    Lee J. Grant                                 Brenda Entzminger
8   Nevada Bar No. 11808                         Nevada Bar No. 9800
    7455 Arroyo Crossing Parkway                 504 South Ninth Street
9   Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101
    (702) 940-3529                               (702) 938-1510
10  *Attorneys for AN Connect LLC*               *Attorneys for Wal-Mart Stores, Inc.*

11

12  **IT IS SO ORDERED:**

13

14  _____

15  **UNITED STATES DISTRICT JUDGE**

16  **DATED:** October 28, 2015_____

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -