ANDREW A. CHIU, ESQ.
Nevada Bar. No. 10326
LEE J. GRANT II, ESQ.
Nevada Bar No. 11808
CHIU & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    1-855-429-3413
Lee.grant@aig.com

Attorney for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYL LEHMAN, individually: STEVE LEHMAN, individually, | CASE NO.: 2:15-cv-00098-JAD-GWF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| WAL-MART STORES, INC., a Delaware corporation d/b/a/ WALMART; DOES I through X, inclusive and ROE CORPORATIONS I through X inclusive, | ECF No. 82 |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiffs CHERYL LEHMAN and STEVE LEHMAN (collectively "Plaintiffs"), by and through their counsel of record the law offices of THE702FIRM, and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their counsel of record CHIU& ASSOCIATES, that Plaintiff's Complaint, and any amendments thereto, be dismissed with prejudice in their entirety, as to all Defendants.

Each party shall bear its own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

1

*Lehman, et al. v. Wal-Mart Stores, Inc.*
Case No.: 2:15-cv-00098-JAD-GWF

1 | IT IS SO STIPULATED.

2 | DATED this 30 day of June, 2016            DATED this ___ day of _____, 2016

3 | THE702FIRM                                  CHIU & ASSOCIATES

6 | GENEVIEVE ROMAND, ESQ.                      ANDREW A. CHIU, ESQ.
Nevada Bar No. 13235                             Nevada Bar No. 10326
7 | 400 South 7th Street, Suite 400             LEE J. GRANT II, ESQ.
Las Vegas, NV 89101                              Nevada Bar No. 11808 7455 Arroyo
8 |                                              Crossing Parkway, Suite 300
                                                 Las Vegas, Nevada 89113
9 | Attorneys for Plaintiff
10 | CHERYL and STEVE LEHMAN                    Attorney for Defendant
                                                 WAL-MART STORES, INC

**ORDER**

Based on the parties' stipulation [ECF No. 82] and with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
United States District Judge
July 11, 2016

Chiu & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855)429-3413

2